UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY RAY HAWES,

    Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF HEALTH SERVICES, et al.,

    Defendants.

Case No. 21-cv-00284-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Terry Ray Hawes brings this 42 U.S.C. § 1983 action against defendants California Department of Health Services and Governor Gavin Newsom that are resident in Sacramento, which is in the Eastern District of California. Accordingly, this federal suit is TRANSFERRED to the Eastern District of California where venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). Accordingly, the Clerk shall transfer this action.

**IT IS SO ORDERED.**

**Dated:** January 27, 2021

_____
WILLIAM H. ORRICK
United States District Judge