1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

TERRY RAY HAWES,

No.  2:21-cv-0161 DB P

12

Plaintiff,

13

v.

ORDER FOR PAYMENT OF INMATE
FILING FEE

14

CALIFORNIA DEPARTMENT OF
HEALTH SERVICES, et al.,

15
16

Defendants.

17
18

To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

19

Sacramento, California 95814:

20

      Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory

21

filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20 percent

22

of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average

23

monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of

24

this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will

25

be obligated to make monthly payments in the amount of twenty percent of the preceding month's

26

income credited to plaintiff's trust account.  The California Department of Corrections and

27

Rehabilitation is required to send to the Clerk of the Court the initial partial filing fee and

28

/////

1

thereafter payments from plaintiff's prison trust account each time the amount in the account

exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Director of the California Department of Corrections and Rehabilitation or a

designee shall collect from plaintiff's prison trust account an initial partial filing fee in

accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

name and number assigned to this action.

2.  Thereafter, the Director of the California Department of Corrections and Rehabilitation

or a designee shall collect from plaintiff's prison trust account monthly payments in an amount

equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust

account and forward payments to the Clerk of the Court each time the amount in the account

exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this

action has been paid in full.  The payments shall be clearly identified by the name and number

assigned to this action.

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

signed in forma pauperis affidavit on the Director, California Department of Corrections and

Rehabilitation, 1515 S Street, Sacramento, California 95814.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

Department of the court.

Dated:  March 29, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/hawe0161.cdc

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28